NEWMAN K. CHAFFEE, JR., Individually and as Coadminstrator of the Estate of NEWMAN K. CHAFFEE, SR., Deceased, et al., v. GLENS FALLS NATIONAL BANK & TRUST COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 694.]

In the Matter of ANKER TJERSLAND et al., Similarly Situated, Respondents, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 694.]

SCHWERIN AIR CONDITIONING CORPORATION v. SERVEL, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 770.]

In the Matter of the Arbitration between AMERICAN RAIL & STEEL CO., Appellant, and INDIA SUPPLY MISSION (GOVERNMENT OF INDIA), Respondent. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 693.]

MAUDE D. LORD v. KENNETH LORD.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *ante,* p. 691.]

EDWARD DILDAY, as Executor of VIRGINIA B. DILDAY, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 695.]

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of CHARLES J. COULTER, Deceased, Respondent. CHARLES J. COULTER et al., Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *ante,* p. 691.]

WOODROW N. IRWIN, as Trustee for the Beneficial Owners of the Photoplay "Not Wanted", Respondent, v. EAGLE LION CLASSICS, INC., et al., Defendants, and NEW YORK TRUST COMPANY, Appellant. MORRIS WEIN, Doing Business as COLONIAL PRODUCTIONS, Respondent, v. IRVING KAUFMAN, as Assignee for the Benefit of Creditors of FILM CLASSICS, INC., et al., Defendants, and NEW YORK TRUST COMPANY, Appellant.— Motion for reargument denied with $10 costs, and stay vacated. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *ante,* pp. 374, 772.]